The Honorable Jamal N. Whitehead

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JERI ROMERO,<br><br>Plaintiff,<br>vs.<br><br>AMENTUM GOVERNMENT SERVICES, INC,<br><br>Defendant. | No. 3:26-cv-05873-JNW<br><br>**STIPULATED MOTION TO AMEND COMPLAINT**<br><br>**September 24, 2026** |

The parties in the above-captioned matter stipulate and agree under Fed.R.Civ. P. 15(a)(2) and Local Rule 15(b) to the filing of the attached redlined amended complaint. In accordance with Local Rule 15(b), the amended complaint, in final format, is filed simultaneously as a separate docket entry and served on the Defendant.

Paladin Law Office, PLLC

*s/Alan Mygatt-Tauber*
Alan Mygatt-Tauber, WSBA #47066
Attorney for the Plaintiff

September 17, 2026

Ogletree Deakins

*s/Sherry Talton*
Sherry Talton, WSBA #42780
Arianna Gardner, WBSA #57167
Attorney for the Defendant



◈Paladin Law Office, PLLC ◈
P.O. Box 214
Silverdale, Washington 98383
360-633-5235

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of September, 2026.

Hon. Jamal N. Whitehead
United States District Court Judge



**◈Paladin Law Office, PLLC ◈**
**P.O. Box 214**
**Silverdale, Washington 98383**
**360-633-5235**

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**OGLETREE DEAKINS**

Sherry Talton
Arianna Gardner
1201 3rd Ave, Suite 5150
Seattle, WA 98101

☒ E-Filing
☐ Via U.S. Mail



**◈Paladin Law Office, PLLC ◈**
**P.O. Box 214**
**Silverdale, Washington 98383**
**360-633-5235**